UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARSHALL C. GREENE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:23-cv-0739-MMD-EJY<br><br>**ORDER** |

On April 23, 2024, the Court entered an Order requiring the Nevada Attorney General to file a notice advising the Court and Plaintiff (1) of the names of those defendants on whose behalf it would accept service, and (2) the names and addresses of those defendants for whom it would not accept service. ECF No. 8. The Attorney General accepted service on behalf of Charles Daniels, Monique Hubbert-Pickett, Kimberly McCoy and James Scally. ECF No. 9. The Attorney General did not accept service on behalf of Defendants William Hutchins or Mr. Crumbell because there is insufficient information to accurately identify this individual. *Id*. Defendant Hutchins' last known address was filed under seal. ECF No. 11.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for William Hutchins and deliver the same to the U.S. Marshal's Office together with one copy of (1) this Order, (2) Plaintiff's Complaint (ECF No. 4), the Court's Screening Order (ECF No. 3), and the address for William Hutchins filed under seal (ECF No. 11).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff a USM-285 form, together with a copy of this Order. Plaintiff **must** complete the USM-285 form for William Hutchins to the best of his ability and return the same to the Clerk's Office by mail no later than **May 31, 2024**.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form in the Clerk's Office, the Clerk of Court **must deliver** a copy of the form to the U.S. Marshal **within one day of receipt** for service on William Hutchins.

1

1    IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service of the summons, Plaintiff's Complaint (ECF No. 4), and the Court's Screening Order (ECF No. 3) on William Hutchins no later than **fifteen days** after receipt of the completed USM-285 form.

   IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against William Hutchins may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

   IT IS FURTHER ORDERED that no later than **June 7, 2024** Plaintiff must file with the Court a report providing as much information as possible regarding Defendant Crumbell including, if possible, his first name or first initial if the name is not available, badge number, job title and physical description.

   Dated this 17th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE