UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARSHALL C. GREENE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:23-cv-0739-MMD-EJY<br><br>**ORDER** |

On May 17, 2024, the Court ordered Plaintiff to file a report that provides as much information as possible regarding Defendant Crumbell including, but not necessarily limited to, his first name or first initial, badge number, job title, and physical description. ECF No. 12. On June 3, 2024, Plaintiff submitted a mistitled Motion in which he identifies Crumbell as "CC2 Mr. Crumwell, Caseworker at Southern Desert Correction Center … [located at] 20825 Cold Creek Road, Indian Springs, Nevada 89070." ECF No. 14. The Court finds this information should enhance the Deputy Attorney General's ability to identify Defendant Crumwell (fka Crumbell) for purposes of determining whether service of Plaintiff's Complaint may be accepted on behalf of this individual.

Accordingly, IT IS HEREBY ORDERED that commencing immediately the Deputy Attorney General **must** conduct a reasonable investigation into the identity of "CC2 Mr. Crumwell, Caseworker at Southern Desert Correction Center."

IT IS FURTHER ORDERED that the Deputy Attorney General **must** file a report no later than **July 5, 2024** informing the Court whether Defendant Crumwell has been identified and service of Plaintiff's Complaint is accepted on behalf of this defendant.

IT IS FURTHER ORDERED that if Defendant Crumwell is identified but service is not accepted, counsel for the defense **must**, no later than **July 5, 2024**, file Mr. Crumwell's last known physical address under seal (no motion seeking permission to seal need be filed) and without serving Plaintiff.

IT IS FURTHER ORDERED that the document titled Motion Identifying the Unserved Defendant, at ECF No. 14, is not a motion and, therefore, the Clerk of Court **must** remove the gavel from ECF No. 14.

Dated this 4th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE